# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## AUGUSTA DIVISION

| | | |
|---|---|---|
| Valerie Kelly, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-0054-JRH-BKE |
| Dollar Tree Stores, Inc. and John Doe, | ) | |
| | ) | |
| Defendants | ) | |

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference: May 24, 2023
2. Parties or counsel who participated in conference:
   Alex Mayfield and James Hankins

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.
   Not applicable.

4. Date the Rule 26(a)(1) disclosures were made or will be made: May 31, 2023

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,
   (a) Identify the party or parties making the objection or proposal:
   
   Valerie Kelly through her attorney Alex Mayfield

   (b) Specify the objection or proposal:
   Plaintiff objects to the initial disclosures to the extent that this court does not have juridiction as the amount in controversy does not exceed $75k nor is there complete diversity as we have reason to believe that John Doe is a resident of Georgia.

6. The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

   (a) Identify the party or parties requesting additional time:

   Plaintiff and Defendant

   (b) State the number of months the parties are requesting for discovery:

       6     months

   (c) Identify the reason(s) for requesting additional time for discovery:

   _____ Unusually large number of parties

   _____ Unusually large number of claims or defenses

   _____ Unusually large number of witnesses

   _____ Exceptionally complex factual issues

   _____ Need for discovery outside the United States

   __x__ Other: Medical discovery

   (d) Please provide a brief statement in support of each of the reasons identified above:

   This is a personal injury case and the Parties request the additional time to obtain the medicals and depose doctors/experts.

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

   (a) Identify the party or parties requesting such limits:

   not applicable

   (b) State the nature of any proposed limits:

   not applicable

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

Last day to file motions        30 days after close of discovery

If any party requests a modification of any of these deadlines,

(a) Identify the party or parties requesting the modification:

Dollar Tree

(b) State which deadline should be modified and the reason supporting the request:

Expert disclosure deadline: based on recent delays in obtaining medical records, Dollar Tree requests an additional 30 days to disclose an expert: i.e. 120 days after the Rule 26f conference

Plaintiff objects to this modification as there has been no delay in this case.

9. If the case involves electronic discovery,

(a) State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memorialized in the scheduling order, briefly describe the terms of their agreement:

not applicable at this time; plaintiff is unsure if a video of the incident exists as

Dollar Tree has not yet responded to discovery

(b) Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

not applicable

10. If the case is known to involve claims of privilege or protection of trial preparation material,

   (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

   not applicable

   (b) Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

   not applicable

   (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

   not applicable

11. State any other matters the Court should include in its scheduling order:

   There is a pending motion to remand that is ripe for a ruling

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

Ongoing discovery

This __6th__ day of __June__, 2023.

Signed: /s/ Alex Mayfield  (w exp permission)

*Attorney for Plaintiff*

/s/ James T. Hankins, III

*Attorney for Defendant*